Sarah Lampi Little SBN 215635
LAW OFFICE OF SARAH LAMPI LITTLE
1276 A Street
Hayward, CA 94541
Telephone: (510)581-4060
Facsimile: (510)581-0317
Email: sarah@lampilittlelaw.com

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT
# николNORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In Re: | Bankruptcy Case No. **12-41136 WJL** |
| **LAUREN MASSA-LOCHRIDGE** | Chapter **13** |
| Debtors | **MOTION TO DISMISS CHAPTER 13 CASE** |

Pursuant to 11 U.S.C. Section 1307(b), Debtor requests her above entitled Chapter 13 Case be dismissed, and declare that the above case was not previously converted under 11 U.S.C. sections 706, 112 or 1208, or that there are any pending motions to convert this case to Chapter 7 or pending motions to dismiss with prejudice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Berkeley, California on January 23, 2014.

\_\_\_/s/LAUREN MASSA-LOCHRIDGE_____

Lauren Massa-Lochridge

/S/SARAH LAMPI LITTLE
Attorney for Debtor